## HAZARD POWDER CO. v. VOLGER.

(Circuit Court of Appeals, Eighth Circuit. September 18, 1893.)

### No. 218.

In Error to the Circuit Court of the United States for the District of Wyoming.

At Law. Action by Caroline Volger against the Hazard Powder Company for damages for personal injuries. Judgment entered on verdict directed for plaintiff. Defendant brings error. Affirmed.

John W. Lacey and Willis Van Devanter, for plaintiff in error.
A. C. Campbell and P. Gad Bryan, for defendant in error.

Before CALDWELL and SANBORN, Circuit Judges, and THAYER, District Judge.

CALDWELL, Circuit Judge. All the questions raised in this case were decided adversely to the plaintiff in error in the case of Powder Co. v. Volger, (No. 219,) 58 Fed. Rep. 152, and the judgment of the circuit court is affirmed on the authority of that case.